No. 9450. STATE OF MONTANA ex rel. ARCHIE HAYDEN and LUCY HAYDEN, RELATORS v. DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT of the County of Beaverhead, and the HON. PHILIP C. DUNCAN, Judge thereof, RESPONDENTS.

278 Pac. (2d) 1007.

Decided July 14, 1954.

*Collins & Burns, John Collins,* Dillon for relators.

Per Curiam.

Application for alternative writ of prohibition. Relators' application for an alternative writ of prohibition to be directed against respondents is denied,—and the application and proceedings are ordered dismissed without prejudice.

No. 9379. STATE OF MONTANA ex rel. ARCHIE HAYDEN and LUCY HAYDEN, RELATORS, v. DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT of the County of Beaverhead, and the HON. PHILIP C. DUNCAN, Judge thereof, RESPONDENTS.

278 Pac. (2d) 1007.

Decided July 14, 1954.

*Collins & Burns,* Dillon, for relators.

Per Curiam.

Application for alternative writ of supervisory control. On praecipe of Collins and Burns, attorneys for relators in the above cause, the application for such writ and the above numbered and entitled proceedings are ordered dismissed forthwith and without prejudice.